AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Eastern Alliance Insurance Company <br><br> *Plaintiff(s)* <br> v. <br> NCC PS Enterprises, LLC <br> NCC EE, LLC and <br> Mary MacDonald <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-01151 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCC PS Enterprises, LLC
c/o
Corporate Creations Network, Inc.
425 W. Washington Street, Suite 4
Suffolk, Virginia 23434-5320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                    _____
                                                          *Signature of Clerk or Deputy Clerk*

9204

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01151

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NCC PS Enterprises, LLC
was received by me on *(date)* 09/12/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Shelby Derrick, Designated Employee, who is designated by law to accept service of process on behalf of *(name of organization)* NCC PS Enterprises, LLC c/o Corporate Creations Network, Inc. on *(date)* 09/13/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/13/2024

*Server's signature*

Barry Driskell, Special Process Server
*Printed name and title*

508 Central Drive
Suite # 102
Virginia Beach, VA 23454
*Server's address*

Additional information regarding attempted service, etc:

# United States District Court for the Eastern District of Virginia

Easten Alliance Insurance Company
                Plaintiff(s)

vs

NCC PS Enterprises, LLC NCC EE, LLC and Mary MacDonald
                Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: **1:24-cv-01151**

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:** Summons and Complaint

**SERVICE ON:** NCC PS Enterprises, LLC c/o Corporate Creations Network, Inc

**ADDRESS:** 425 W. Washington St, Suite #4, Suffolk, VA 23434

**DATE SERVED:** 09/13/2024      **TIME SERVED:** 1:30 PM

**(XX) SUBSTITUTE SERVICE (BUSINESS)- DELIVERED TO PERSON FOUND IN CHARGE OF USUAL PLACE OF BUSINESS OR EMPLOYMENT DURING BUSINESS HOURS AND GIVING INFORMATION OF ITS PURPORT.**

Shelby Derrick, Designated Employee

I declare under penalty of perjury that the return is true and correct.

_____ Date September 23, 2024

Barry Driskell
Driskell Services, Inc.
508 Central Drive, Suite # 102,
Virginia Beach, VA 23454
757-961-6961

**SUBSCRIBED AND SWORN To** before me a notary public, 09/23/2024
In the City of Norfolk and the Commonwealth of Virginia.

_____

Teena Marie Driskell, Notary Public

Commission#: 268501

My Commission Expires: 04-30-2026

# CORPORATE CREATIONS
Part of the Computershare Group

## Registered Agent Agreement and Authorization of Authority

I, Veronica C. Valega, Operations Director of the Corporate Creations Network Inc. and United Agent Group, Inc., do hereby authorize Suffolk Executive Offices, and all of its staff, including but not limited to Richard Chang and Shelby J. Derrick to accept and mail all documents, including any and all court documents served or delivered by the court, private server, sheriff, courier, or otherwise on behalf of each business entity represented by Corporate Creations Network Inc. and United Agent Group Inc.

This authorization includes signing on behalf of Corporate Creations Network Inc., and United Agent Group Inc. to accept all mail and documents, including court documents served or delivered by the court, private server, sheriff, courier, or otherwise to 425 West Washington Street Suite 4 Suffolk, Virginia 23434.

HEREBY SEEN AND AGREED:

_____
Veronica C. Valega
Operations Director
Corporate Creations Network Inc.
United Agent Group Inc.

____2/21/2022____
DATE

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _21_ day of _February_ 2022 by the above named signatory, who is personally known to me or who produced a drivers license or passport as identification and who did take an oath.

_____
Signature of Notary Public



_____
Stamp of Notary Public

Notary Public State of Florida
Angela Calderon
My Commission HH 094478
Expires 02/17/2025