IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EASTERN ALLIANCE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NCC PS ENTERPRISES, LLC, <br><br> Defendant. | Case No. 1:24-cv-01151-RDA-IDD |

## STIPULATION OF DISMISSAL, OR IN THE ALTERNATIVE, MOTION TO DISMISS

Plaintiff Eastern Alliance Insurance Company and Defendant NCC PS Enterprises, LLC, by their respective counsel and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), submit this Stipulation of Voluntary Dismissal, dismissing WITHOUT PREJUDICE any and all claims asserted by Plaintiff Eastern.

Dated: June 17, 2025                               Respectfully submitted,

/s/ *Thomas S. Garrett*
Thomas S. Garrett (VSB No: 73790)
Harman Claytor Corrigan &
Wellman, P.C.
4951 Lake Brook Drive, Suite 100
Glen Allen, Virginia 23060-9272
Phone: (804) 747-5200
Fax: (804) 747-6085
tgarrett@hccw.com

*Counsel for Eastern Alliance Insurance Company*

/s/      David Greenspan
David Greenspan (VSB No. 45420)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102-4215

Phone: (703) 712-5000
Fax: (804) 712-5050
dgreenspan@mcguirewoods.com

Nicholas Hill (*pro hac vice*)
1075 Peachtree St., NE, 35th Floor
Atlanta, GA 30309
Telephone: (404) 443-5500
Facsimile: (404) 443-5599
nhill@mcguirewoods.com

**Counsel for NCC PS Enterprises, LLC**

## CERTIFICATE OF SERVICE

   I hereby certify that on this 17th day of June, 2025, a true copy of the foregoing is being served on all counsel of record via the Court's ECF distribution system.

                                          /s/ *Thomas S. Garrett*
                                          Thomas S. Garrett (VSB No: 73790)