IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| EASTERN ALLIANCE INSURANCE, COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-01151-RDA-IDD |
| NCC PS ENTERPRISES, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Stipulation of Voluntary Dismissal. Dkt. 15. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
June 18, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge